ACCEPTED
04-15-00617-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/9/2015 4:36:23 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00617-CV

**IN THE FOURTH DISTRICT COURT OF APPEALS
SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/9/2015 4:36:23 PM
KEITH E. HOTTLE
Clerk

**TONI COMBEST,
Appellant**

**VS.**

**MUSTANG MINERALS, LLC,
Appellee**

**On Appeal from the 218ᵗʰ District Court
Cause No. 14-08-00144-CVL, LaSalle County, Texas
the Honorable Donna S. Rayes, Presiding**

## AGREED MOTION TO EXTEND TIME TO FILE BRIEF OF APPELLEE

Appellee Mustang Minerals, LLC ("Mustang") respectfully files this Motion to Extend Time to File Brief of Appellee (the "Motion"). In support of the Motion, Mustang shows the Court as follows:

### I.
### DUE DATE

Mustang's Brief of Appellee is currently due on December 25, 2015. Mustang seeks an additional thirty (30) days to file its brief, making the new deadline **Monday, January 25, 2016**.

---

**AGREED MOTION TO EXTEND TIME TO FILE BRIEF OF APPELLEE**          **Page 1**

## II.
## MUSTANG'S FIRST AND ONLY REQUEST FOR AN EXTENSION OF TIME TO FILE ITS BRIEF OF APPELLEE

This is Mustang's *first request* for an extension of time to file its Brief of Appellee. And, it will be Mustang's *only request* for an extension to file its Brief of Appellee. If the request is granted, Mustang stipulates and agrees that it will not seek additional time to file its Brief of Appellee.

## III.
## REASONS FOR EXTENSION OF TIME

Due to the nature of the following circumstances and conflicts, it is not reasonably possible for the undersigned counsel, who has the primary responsibility for preparing and filing Mustang's Brief of Appellee, to perform the tasks necessary to prepare, finalize, and file a thorough and accurate Brief of Appellee by the current deadline:

1) undersigned counsel offices in a historic building in Weatherford, Texas that is well over 100 years old. Weatherford received approximately seven to eight inches of rain between November 26-30, 2015. Due to the excessive amount of rain and the age and structure of the office building, an exterior wall collapsed, causing catastrophic damage to the building. Appellee's counsel has been unable to access his office or his files for a number of days, has

had to relocate to a temporary office, and will have to relocate once again in the coming weeks;

2) undersigned counsel is scheduled to attend Continuing Legal Education in San Antonio on December 10-11, 2015; and

3) undersigned counsel has a pre-planned family vacation from December 17-24, 2015.

## IV.
## EXTENSION SOUGHT IN THE INTEREST OF JUSTICE

The extension sough is not for the purpose of delay, but rather, in the interest of justice.

## V.
## APPELLANT DOES NOT OPPOSE A THIRTY (30) DAY EXTENSION

On December 2, 2016, co-counsel for Mustang, Mark Barret, conferred with counsel for Appellant regarding the contents of this Motion, and counsel for Appellant confirmed that Appellant does not oppose a thirty (30) day extension. As demonstrated above, the requested extension is needed.

## VI.
## PRAYER FOR EXTENSION

WHEREFORE, PREMISES CONSIDERED, Mustang respectfully requests an extension of time of thirty (30) days, until **January 25, 2016**, to file its Brief of Appellee and for such other and further relief to which it may show itself entitled.

Respectfully submitted,

/s/ David D. Rapp
David D. Rapp
State Bar No. 24027764
david@ektexas.com
Mark B. Barret
State Bar No. 24092087
mark@ektexas.com
EGGLESTON KING, LLP
102 Houston Avenue
Weatherford, TX 76086
Telephone: (817) 596-4200
Telecopier: (817) 596-4269

ATTORNEYS FOR APPELLEE
MUSTANG MINERALS, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that, on or December 2, 2016, I communicated with Sameer Mandke and Kevin Schield, counsel for Appellant in this matter, and both informed me that Appellant does not opposes this Motion.

/s/ Mark B. Barret
Counsel for Appellee

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served electronically through the electronic filing manager, if the email address of the attorney below was on file with the electronic filing manager, or by e-mail as indicated below, upon the following attorneys on this 9th day of December, 2015, at the time of the filing of the foregoing instrument:

/s/ David D. Rapp
Counsel for Appellee

Sameer Mandke
TX State Bar No. 24065670
sameer@gkmpllc.com
Robert F. Gilbert
TX State Bar No. 24059321
gilbert@gkmpllc.com
GILBERT MANDKE, PLLC
10100 Kleckley #15-B
Houston, Texas 77075
Telephone: 832.316.5322
Fax: 713.341.9062

Kevin Schield
TX State Bar No. 24075025
Kevin.schield@schieldlaw.com
3611 Leadville Drive
Austin, Texas 78749
Telephone: 512.910.5095